11.16.25
SLT: USAO# 2025R00374

USDC- BALTIMORE
'26 JAN 22 PM 1:17

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** GLR 26cr 32 |
| v. | |
| | **(Escape from Custody, 18 U.S.C. § 751(a); Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a))** |
| **LAMONT ANTWAN WARREN,** | |
| **Defendant.** | |

**INDICTMENT**

**COUNT ONE**
**(Escape from Custody)**

The Grand Jury for the District of Maryland charges that:

On or about May 23, 2025, in the District of Maryland, the defendant,

**LAMONT ANTWAN WARREN,**

did knowingly escape from the custody of Volunteers of America's Residential Re-Entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the Superior Court of the District of Columbia upon conviction for the commission of Third Degree Sexual Abuse, in violation of 22 D.C. Code, § 3004(1); Attempt to Commit Misdemeanor Sexual Abuse, in violation of 22 D.C. Code § 3018; Attempted Second Degree Burglary, in violation of 22 D.C. Code § 801(b) and § 1803; and Misdemeanor Sexual Abuse, in violation of 22 D.C. Code § 3006.

18 U.S.C. § 751(a)

## COUNT TWO
### (Failure to Register as a Sex Offender)

The Grand Jury for the District of Maryland further charges that:

From on or about May 23, 2025, and continuing through the date of this indictment, in the District of Maryland, the defendant,

### LAMONT ANTWAN WARREN,

a person required to register under the Sex Offender Registration Notification Act, and a sex offender by reason of a conviction under the laws of the District of Columbia, and an individual who traveled in interstate or foreign commerce after being required to register, did knowingly fail to register and update a registration as required by the Sex Offender Registration Notification Act.

18 U.S.C. § 2250(a)

_Kelly O. Hayes/ST_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

1/22/2026
Date

2